```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR. No. S-10-502
12          Plaintiff,           )
                                 )
13      v.                       ) STIPULATION AND [PROPOSED]
                                 ) ORDER TO CONTINUE STATUS
14  JUAN CARLOS HERNANDEZ-LOPEZ, ) CONFERENCE
       aka Juan Carlos Lopez,    )
15                               )
            Defendant.           )
16                               )
17
```

18      IT IS HEREBY STIPULATED between the parties, Michele
19 Beckwith, Assistant United States Attorney, and Olaf Hedberg,
20 attorney for defendant Juan Carlos Hernandez-Lopez, that the
21 status conference of January 14, 2011 be vacated, and the matter
22 be set for status conference on February 25, 2011 at 9:00 a.m.
23      The reason for the continuance is to allow counsel
24 reasonable time necessary for effective preparation.  The parties
25 agree that a continuance is necessary for this purpose, and agree
26 to exclude time under the Speedy Trial Act accordingly.
27      IT IS STIPULATED that the period from the signing of this
28 order, up to and including the February 25, 2011 status

1

conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  January 12, 2011

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Michele Beckwith*
                              By:  Michele Beckwith
                                  Assistant U.S. Attorney

Dated: January 12, 2011

                                        Respectfully submitted,

                                        Olaf Hedberg

                                        */s/ Olaf Hedberg*
                                        OLAF HEDBERG
                                        Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 14, 2011, be continued to February 25, 2011 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and

1 | including, the February 25, 2011 status conference shall be
2 | excluded from computation of time within which the trial of this
3 | matter must be commenced under the Speedy Trial Act pursuant to
4 | 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow
5 | defense counsel time to prepare.

Dated:  January 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge