Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
901 H St., Suite 673
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10-CR-502 |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER]. |
| vs. | |
| JUAN HERNANDEZ-LOPEZ | Date: February 25, 2011 |
| | Time: 9:00 am |
| | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH , Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for JUAN HERNANDEZ-LOPEZ., that the status conference now scheduled for February 25, 2011 at 9:00 am be vacated and a new date of April 8, 2011 at 9:00 am be set for a change of plea. Defense counsel has recently recivedThe parties have been negotiating the terms of a proposed plea agreement and will continue to actively do so.

It is further stipulated and agreed between the parties that the period beginning February 25, 2011 and ending April 8, 2011 , should be excluded in computing the time within which the

trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 8, 2011.

Respectfully submitted,
Dated February 24, 2011
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Juan Hernandez-Lopez

Dated this February 24, 2011
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Michele Beckwith
Michele Beckwith
Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED**

**Dated: February 25, 2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge