Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
901 H St., Suite 673
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10-CR-502 |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER]. |
| vs. | |
| JUAN HERNANDEZ-LOPEZ | Date: April 8, 2011<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH , Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for JUAN HERNANDEZ-LOPEZ., that the status conference now scheduled for April 8, 2011 at 9:00 am be vacated and a new date of April 29, 2011 at 9:00 am be set for a change of plea. Defense counsel has recently recivedThe parties have been negotiating the terms of a proposed plea agreement and will continue to actively do so.

It is further stipulated and agreed between the parties that the period beginning April 8, 2011 and ending April 29, 2011 , should be excluded in computing the time within which the

trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 29, 2011.

        Respectfully submitted,
        Dated April 2, 2011
        By /s/ Olaf Hedberg
        Olaf W. Hedberg, Attorney at Law
        Attorney for Juan Hernandez-Lopez

        Dated this April 2, 2011
        Benjamin B. Wagner
        United States Attorney
        /s/ Olaf Hedberg for Michele Beckwith
        Michele Beckwith
        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**

**Dated: April 4, 2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge