1   Olaf W. Hedberg, SBN #151082
    Olaf W. Hedberg, Attorney at Law

2   901 H St., Suite 673
    Sacramento, CA 95814

3   (916) 447-1192
    Attorney for Defendant

4

              IN THE UNITED STATES DISTRICT COURT

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8   UNITED STATES OF AMERICA    )   No. 10-CR-502
                        )

9         Plaintiff,        )   STIPULATION AND [PROPOSED
        vs.             )   ORDER].

10                        )

    JUAN HERNANDEZ-LOPEZ     )   Date: April 29, 2011

11                        )   Time: 9:00 am
                        )   Judge: Hon. Garland E. Burrell, Jr.

12        Defendant.     )

13

14       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15   counsel, MICHELE BECKWITH , Assistant Untied States Attorney, attorney for Plaintiff,

16   OLAF HEDBERG, attorney for JUAN HERNANDEZ-LOPEZ., that the status conference now

17   scheduled for April 29, 2011 at 9:00 am be vacated and a new date of June 10, 2011 at 9:00 am

18   be set for a change of plea. The parties have been negotiating the terms of a proposed plea

19   agreement and will continue to actively do so.

20       It is further stipulated and agreed between the parties that the period beginning April 29,

21   2011 and ending June 10, 2011 , should be excluded in computing the time within which the trial

22                         Page 1 of 3

1    of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for

2    defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time

3    within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of

4    counsel/reasonable time for effective preparation, specifically the continuance is requested to

5    allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree

6    to exclude time from the date of the filing of the order until the date of the status conference,

7    June 10, 2011.

8

9                                                     Respectfully submitted,
                                                      Dated April 27, 2011
10                                                    By /s/ Olaf Hedberg
                                                      Olaf W. Hedberg, Attorney at Law
11                                                    Attorney for Juan Hernandez-Lopez

12

13

14
                                                      Dated this April 27, 2011
15                                                    Benjamin B. Wagner
                                                      United States Attorney
16                                                    /s/ Olaf Hedberg for Michele Beckwith
                                                      Michele Beckwith
17                                                    Assistant U.S. Attorney

18

19

20

21

22                                    Page 2 of 3

1

2

3

4

5                                          **ORDER**

6

   **IT IS SO ORDERED**
7

   Dated:  April 27, 2011
8

9

   _____
10                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22                              Page 3 of 3