1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  901 H St., Suite 673
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4

   IN THE UNITED STATES DISTRICT COURT
5  FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8  UNITED STATES OF AMERICA        )   No. 10-CR-502
                                   )
9          Plaintiff,              )   STIPULATION AND [PROPOSED
       vs.                         )   ORDER].
10                                 )
                                   )   Date: July 22, 2011
11 JUAN HERNANDEZ-LOPEZ            )   Time: 9:00 am
                                   )   Judge: Hon. Garland E. Burrell, Jr.
12         Defendant.              )

13

14     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15 counsel, MICHELE BECKWITH , Assistant Untied States Attorney, attorney for Plaintiff,

16 OLAF HEDBERG, attorney for JUAN HERNANDEZ-LOPEZ., that the status conference now

17 scheduled for July 22, 2011 at 9:00 am be vacated and a new date of August 26, 2011 at 9:00 am

18 be set for a change of plea. The parties have been negotiating the terms of a proposed plea

19 agreement and will continue to actively do so.

20     It is further stipulated and agreed between the parties that the period beginning July 22,

21 2011 and ending August 26, 2011 , should be excluded in computing the time within which the

22

trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, August 26, 2011.

Respectfully submitted,
Dated July 21, 2011
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Juan Hernandez-Lopez

Dated this July 21, 2011
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Michele Beckwith
Michele Beckwith
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

Dated: July 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge