Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
901 H St., Suite 673
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN HERNANDEZ-LOPEZ ) <br> ) <br> ) <br> ) <br> Defendant. ) | No. 10-CR-502 <br><br> STIPULATION AND ORDER. <br><br> Date: September 16, 2011 <br> Time: 9:00 am <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH , Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for JUAN HERNANDEZ-LOPEZ., that the status conference now scheduled for September 16, 2011 at 9:00 am be vacated and a new date of October 14, 2011 at 9:00 am be set for a change of plea. The parties have been negotiating the terms of a proposed plea agreement and will continue to actively do so. Further, Defense counsel is continuing to investigate this case and Defendant's companion case 10-CR-501 GEB for an overall resolution of both matters.

It is further stipulated and agreed between the parties that the period beginning September 16, 2011 and ending October 14, 2011 , should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Respectfully submitted,
Dated September 15, 2011
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Juan Hernandez-Lopez

Dated this September 15, 2011
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Michele Beckwith
Michele Beckwith
Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for September 16, 2011, be continued to October 14, 2011, at 9:00 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from September 16, 2011, to and including, the October 14, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-**4.**

Dated:  September 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge